IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Louis S. (Steve) James and Carolyn M. James, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 1:05CV00058 |
| Robert Keith Moore, ) ) | |
| Defendant. ) ) | |

ORDER GRANTING PLAINTIFFS'
MOTION FOR ENTRY OF DEFAULT

THIS CAUSE having come before the Court on the Plaintiffs' Motion for Entry of Default, and, having considered the premises therein, and pursuant to Local Rule 77.2(a)(4), it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion is Granted.

DONE AND ORDERED in Greensboro, North Carolina this 26 day of May, 2005.

    /s/ John S. Brubaker
CLERK, UNITED STATES DISTRICT COURT